
ORIGINAL

FILED

08/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0464

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0464

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BRANDON BAGNELL,

Defendant and Appellant.

FILED

AUG - 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Brandon Bagnell moves this Court for appointment of counsel. Bagnell states that his request is in the "'Interests of Justice.'"

Bagnell appeals a July 23, 2024 Order denying his motion for a new trial in Cause No. DC-15-355, issued in the Twentieth Judicial District Court, Lake County. We observe that, in 2018, Bagnell had counsel to represent him in an appeal of this criminal case. *State v. Bagnell*, No. DA 18-0160, 2020 MT 234N, 2020 Mont. LEXIS 2317 (Sept. 15, 2020).

There is no right to the appointment of counsel in a postconviction proceeding for relief, although a court may order the assignment of counsel under the circumstances outlined in § 46-8-104, MCA. Bagnell is not entitled to court-appointed counsel. He represented himself in the District Court. He has not demonstrated that extraordinary circumstances exist to justify appointment of counsel, pursuant to § 46-8-104(3), MCA. Accordingly,

IT IS ORDERED that Bagnell's Motion for Appointment of Counsel is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Brandon Bagnell along with a copy of this Court's Appellate Handbook.

DATED this 8 day of August, 2024.

For the Court,

By _____
Chief Justice